**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| The Pfanenstiel Company, LLC,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> Hunt Oil Company,  ) <br> ) <br> Defendant.  ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** <br><br><br><br><br> Case No. 1:24-cv-212 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on March 28, 2025, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 9th day of December, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court