## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| The Pfanenstiel Company, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hunt Oil Company, | ) | |
| | ) | Case No. 1:24-cv-212 |
| Defendant. | ) | |

On October 16, 2025, the Parties filed a "Stipulation and Request for Status Conference." (Doc. No. 29). Therein they agree to, among other things, the following:

(1)     the Rule 30(b)(6) deposition of Defendant shall be stayed pending the Court's ruling on their cross-motions for summary judgment or February 1, 2026, which ever is earlier.

(2)     Defendant shall provide revenue details for the oil and gas wells in dispute by October 27, 2025;

(3)     Defendant will provide information about payments and the application of revenues against Plaintiff's costs and/or risk penalties in the disputed wells by October 27, 2025;

(4)     Plaintiff will provide a response to Defendant's motion for summary judgment and file a cross motion for summary judgement on October 31, 2025; and

(5)     the declaratory phase of this case should be bifurcated from the damages phase.

They request a status conference with the Court as soon as practicable to discuss the bifurcation of the trial in this case.

1

On October 17, 2025, Plaintiff filed a Motion to Extend Discovery Cutoff for taking of Defendant's deposition. (Doc. No. 30). It seeks to "extend the discovery deadline in this matter for the taking of Hunt's deposition through March 1, 2026, so as to permit Plaintiff to cooperate with Defendant in setting Defendant's deposition after February 1, 2026." (Id.).

The Court has referred the Parties' stipulation and motion to the undersigned and in so doing advised that it is not presently in inclined to schedule a status conference to discuss the bifurcation of trial and instead will address this issue as necessary upon disposition of their motions for summary judgment.

The undersigned **ADOPTS** the Parties' stipulation (Doc. No. 29) in all respects save their call for bifurcation of trial. As noted above, the Court shall address the issue of bifurcation at a later date. The Parties' request for a status conference is therefore **DENIED** without prejudice. The undersigned **GRANTS** Plaintiff's motion (Doc. No. 30). The discovery deadline shall be extended until March 1, 2026, solely to permit Plaintiff to depose Defendant.

**IT IS SO ORDERED.**

Dated this 20th day of October, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court